# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ELLENBERGER, FREDERICK H          § Case No. 11-84132
                                         §
                                         §
Debtor(s)                                §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 23, 2011. The undersigned trustee was appointed on November 30, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $       22,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 298.00 |
| Bank service fees | 154.39 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 21,547.61 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/17/2012 and the deadline for filing governmental claims was 02/17/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,950.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,950.00, for a total compensation of $2,950.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/05/2013            By: /s/STEPHEN G. BALSLEY
                                Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-84132  
**Case Name:** ELLENBERGER, FREDERICK H  
**Period Ending:** 11/05/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/23/11 (f)  
**§341(a) Meeting Date:** 11/03/11  
**Claims Bar Date:** 02/17/12

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Location: 8633 Rote Road, Rockford, per tax asse | 158,000.00 | 0.00 | | 0.00 | FA |
| 2  7963 Conehill Circle, Rockford, IL 61107 (vac 4 | 40,000.00 | 0.00 | | 0.00 | FA |
| 3  724 Clark Drive, Rockford, IL 61107 (vacant Join | 150,000.00 | 0.00 | | 0.00 | FA |
| 4  79 XX Brixham Road, Rockford, IL 61107 (4 acres | 6,004.00 | 6,004.00 | | 0.00 | FA |
| 5  207 Longwood Ave, Rockford, IL 61107 | 20,000.00 | 0.00 | | 0.00 | FA |
| 6  2 parcels of vacant, non buildable wet land in, | 1,125.00 | 0.00 | | 0.00 | FA |
| 7  Northwest Bank of Rockford - checking | 100.00 | 0.00 | | 0.00 | FA |
| 8  Comerica Bank - debit card for deposit of social | 1,100.00 | 0.00 | | 0.00 | FA |
| 9  Rock Valley CU - share account | 50.00 | 0.00 | | 0.00 | FA |
| 10 Normal complement of household goods and furnish | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 Normal complement of clothing | 250.00 | 0.00 | | 0.00 | FA |
| 12 Misc jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 13 2 pistols, 1 rifle | 400.00 | 0.00 | | 0.00 | FA |
| 14 Northwestern Mutual Life Insurance Co. - whole l | 500.00 | 0.00 | | 0.00 | FA |
| 15 1987 Fiat (not running) | 300.00 | 0.00 | | 0.00 | FA |
| 16 1974 Sportcraft boat trailer (debtor has title b | 0.00 | 0.00 | | 0.00 | FA |
| 17 1990 Midwest flatbed trailer | 400.00 | 0.00 | | 0.00 | FA |
| 18 1972 Porsche (in pieces) | 0.00 | 0.00 | | 0.00 | FA |
| 19 1987 BMW (not running) | 900.00 | 0.00 | | 0.00 | FA |
| 20 1982 Honda motorcycle (not running) | 500.00 | 0.00 | | 0.00 | FA |
| 21 1959 Ford Truck (not running) | 900.00 | 0.00 | | 0.00 | FA |
| 22 2002 Kawasaki ATV | 500.00 | 0.00 | | 0.00 | FA |
| 23 1988 Dodge Raider Utility SUV | 300.00 | 0.00 | | 0.00 | FA |
| 24 2003 Harley-Davidson Sportster | 2,500.00 | 0.00 | | 0.00 | FA |
| 25 1999 Sea Doo | 800.00 | 0.00 | | 0.00 | FA |
| 26 1997 Bayliner and trailer (not running) | 2,500.00 | 0.00 | | 0.00 | FA |
| 27 1970 14 foot boat and outboard motor | 300.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84132  
**Case Name:** ELLENBERGER, FREDERICK H  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/23/11 (f)  
**§341(a) Meeting Date:** 11/03/11  

**Period Ending:** 11/05/13  

**Claims Bar Date:** 02/17/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Laptop | 200.00 | 0.00 | | 0.00 | FA |
| 29 | Utitled and incomplete vechicle parts | 1,000.00 | 0.00 | | 0.00 | FA |
| 30 | 3 old yard tractors with snow plow and mower | 1,000.00 | 0.00 | | 0.00 | FA |
| 31 | Misc homeowner small power and hand tools | 500.00 | 0.00 | | 0.00 | FA |
| 32 | 1933 Pierce Arrow automobile-Transferred to Son  (u)<br>See Order to Sell entered 5/29/13. | Unknown | 10,000.00 | | 22,000.00 | FA |
| 32 | **Assets**   **Totals** (Excluding unknown values) | **$392,029.00** | **$16,004.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   November 4, 2013  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-84132  
**Case Name:** ELLENBERGER, FREDERICK H  
**Taxpayer ID #:** **-***6592  
**Period Ending:** 11/05/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****814866 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/13 | {32} | Joseph and Susie Klinck | Settlement offer to purchase 1933 Pierce Arrow automobile pursuant to Order to Sell Assets entered May 29, 2013 | 1241-000 | 22,000.00 | | 22,000.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.20 | 21,976.80 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.76 | 21,942.04 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.56 | 21,910.48 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.46 | 21,880.02 |
| 10/10/13 | 101 | Illinois Department of Revenue | State taxes for tax year 9/1/12-8/31/13; 30-6376592 | 2820-000 | | 298.00 | 21,582.02 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 21,547.61 |
| | | | **ACCOUNT TOTALS** | | 22,000.00 | 452.39 | $21,547.61 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,000.00 | 452.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,000.00** | **$452.39** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****814866** | 22,000.00 | 452.39 | 21,547.61 |
| | $22,000.00 | $452.39 | $21,547.61 |

{} Asset reference(s)

Printed: 11/05/2013 12:56 PM    V.13.13

# Claims Register

## Case:  11-84132   ELLENBERGER, FREDERICK H

Claims Bar Date:  02/17/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>09/23/11 | | $2,950.00<br>$2,950.00 | $0.00 | $2,950.00 |
| | U.S. BANKRUPTCY COURT<br>327 SOUTH CHURCH STREET<br><br>ROCKFORD, IL 61101<br><br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>, 200 | Admin Ch. 7<br>09/23/11 | Adversary Complaint to Avoid Fraudulent Transfer filed March 13, 2012; Filing Fee Deferred. | $0.00<br>$293.00 | $0.00 | $293.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>09/23/11 | Voluntary reduction of 50% in order to make funds available for a distribution to creditors. | $16,374.25<br>$8,187.12 | $0.00 | $8,187.12 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>09/23/11 | Court Reporter Deb Fisher - Deposition of Fred Ellenberger (1/9/13) | $387.20<br>$387.20 | $0.00 | $387.20 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>09/23/11 | Haas Towing - Towing Fee (4/4/13) | $189.00<br>$189.00 | $0.00 | $189.00 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>09/23/11 | Volo Classic Cars, - Vehicle Repairs & Preparation for Sale (6/5/13) | $702.50<br>$702.50 | $0.00 | $702.50 |
| | McGladrey LLP<br>5155 Paysphere Circle<br><br>Chicago, IL 60674<br><3310-00  Accountant for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>09/23/11 | See Order to Employ Accountant entered July 8, 2013. | $988.00<br>$988.00 | $0.00 | $988.00 |

# Claims Register

## Case:  11-84132   ELLENBERGER, FREDERICK H

Claims Bar Date:  02/17/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank<br>Bankruptcy Department<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, MI 49546 | Unsecured<br>11/23/11 | P.O. Box 829009<br>Dallas, TX 75382 | $481.50<br>$481.50 | $0.00 | $481.50 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>P.O. Box 3978<br>Seattle, WA 98124 | Unsecured<br>11/23/11 | C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $4,830.78<br>$4,830.78 | $0.00 | $4,830.78 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | Albert Hill & Joseph Klinck<br>c/o Attorney William Reilly<br>6801 Spring Creek Rd, 2D<br>Rockford, IL 61114 | Unsecured<br>11/28/11 | c/o Attorney William Reilly<br>6801 Spring Creek Rd, 2D<br>Rockford, IL 61114 | $61,682.57<br>$61,682.57 | $0.00 | $61,682.57 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured<br>11/28/11 | PO Box 15102<br>Wilmington, DE 198865102 | $6,818.02<br>$6,818.02 | $0.00 | $6,818.02 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>12/23/11 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 193550701 | $9,059.40<br>$9,059.40 | $0.00 | $9,059.40 |
|   | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC<br>c o Jefferson Capital Systems LLC<br>P.O. Box 953185<br>St. Louis, MO 63195-3185 | Unsecured<br>01/30/12 | c o Jefferson Capital Systems LLC<br>PO BOX 7999,SAINT CLOUD MN 56302-9617<br>, | $6,271.21<br>$6,271.21 | $0.00 | $6,271.21 |

# Claims Register

## Case:  11-84132   ELLENBERGER, FREDERICK H

Claims Bar Date:  02/17/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Zenith Acquisition Corp<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228 | Unsecured<br>01/30/12 | 170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228<br>--------------------------------------------------------------------------------* * *<br>Claim withdrawn on 02/02/2012 | $6,221.78<br>$0.00 | $0.00 | $0.00 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>02/01/12 | Citibank, NA<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>--------------------------------------------------------------------------------* * * | $11,665.88<br>$11,665.88 | $0.00 | $11,665.88 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>02/01/12 | Citibank, NA<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>--------------------------------------------------------------------------------* * * | $30,637.10<br>$30,637.10 | $0.00 | $30,637.10 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 | American InfoSource LP as agent for Asset Acceptance,as assignee of WORLDS FOREMOST BANK-CABE,PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured<br>02/08/12 | Asset Acceptance<br>as assignee of WORLDS FOREMOST BANK-CABE,PO Box 248838<br>Oklahoma City, OK 731248838<br>--------------------------------------------------------------------------------* * * | $3,992.76<br>$3,992.76 | $0.00 | $3,992.76 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 | American InfoSource LP as agent for Asset Acceptance,as assignee of FIFTH THIRD BANK,PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured<br>02/08/12 | Asset Acceptance<br>as assignee of FIFTH THIRD BANK,PO Box 248838<br>Oklahoma City, OK 731248838<br>--------------------------------------------------------------------------------* * * | $7,761.68<br>$7,761.68 | $0.00 | $7,761.68 |
|  | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
|  |  |  | **Case Total:** |  | **$0.00** | **$156,897.72** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-84132
Case Name: ELLENBERGER, FREDERICK H
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**   $   21,547.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   21,547.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,950.00 | 0.00 | 2,950.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 8,187.12 | 0.00 | 8,187.12 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 1,278.70 | 0.00 | 1,278.70 |
| Accountant for Trustee, Fees - McGladrey LLP | 988.00 | 0.00 | 988.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $   13,696.82
Remaining balance:   $   7,850.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   7,850.79

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 7,850.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,200.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 481.50 | 0.00 | 26.41 |
| 2 | USAA FEDERAL SAVINGS BANK | 4,830.78 | 0.00 | 264.84 |
| 3 | Albert Hill & Joseph Klinck | 61,682.57 | 0.00 | 3,381.66 |
| 4 | FIA CARD SERVICES, N.A. | 6,818.02 | 0.00 | 373.79 |
| 5 | American Express Bank, FSB | 9,059.40 | 0.00 | 496.67 |
| 6 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | 6,271.21 | 0.00 | 343.81 |
| 7 | Zenith Acquisition Corp | 0.00 | 0.00 | 0.00 |
| 8 | PYOD LLC its successors and assigns as assignee of | 11,665.88 | 0.00 | 639.56 |
| 9 | PYOD LLC its successors and assigns as assignee of | 30,637.10 | 0.00 | 1,679.63 |
| 10 | American InfoSource LP as agent for | 3,992.76 | 0.00 | 218.90 |
| 11 | American InfoSource LP as agent for | 7,761.68 | 0.00 | 425.52 |

| | Total to be paid for timely general unsecured claims: | $ 7,850.79 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**