# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: ELLENBERGER, FREDERICK H | § | Case No. 11-84132 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/18/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____     By:  ___/s/ STEPHEN G. BALSLEY_____
                                                                                             Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY  
6833 STALTER DRIVE  
ROCKFORD, IL  61108  
(815) 962-6611  
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ELLENBERGER, FREDERICK H   §   Case No. 11-84132
§
§
Debtor(s)   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 22,000.00 |
| *and approved disbursements of* | $ 452.39 |
| *leaving a balance on hand of* [1] | $ 21,547.61 |
| **Balance on hand:** | $ 21,547.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   21,547.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,950.00 | 0.00 | 2,950.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 8,187.12 | 0.00 | 8,187.12 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 1,278.70 | 0.00 | 1,278.70 |
| Accountant for Trustee, Fees - McGladrey LLP | 988.00 | 0.00 | 988.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $   13,696.82
Remaining balance:   $   7,850.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $       0.00
Remaining balance:  $   7,850.79

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $       0.00
Remaining balance:  $   7,850.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,200.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 481.50 | 0.00 | 26.41 |
| 2 | USAA FEDERAL SAVINGS BANK | 4,830.78 | 0.00 | 264.84 |
| 3 | Albert Hill & Joseph Klinck | 61,682.57 | 0.00 | 3,381.66 |
| 4 | FIA CARD SERVICES, N.A. | 6,818.02 | 0.00 | 373.79 |
| 5 | American Express Bank, FSB | 9,059.40 | 0.00 | 496.67 |
| 6 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | 6,271.21 | 0.00 | 343.81 |
| 7 | Zenith Acquisition Corp | 0.00 | 0.00 | 0.00 |
| 8 | PYOD LLC its successors and assigns as assignee of | 11,665.88 | 0.00 | 639.56 |
| 9 | PYOD LLC its successors and assigns as | 30,637.10 | 0.00 | 1,679.63 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | assignee of |  |  |  |
| 10 | American InfoSource LP as agent for | 3,992.76 | 0.00 | 218.90 |
| 11 | American InfoSource LP as agent for | 7,761.68 | 0.00 | 425.52 |

Total to be paid for timely general unsecured claims:  $  7,850.79
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None |  |  |  |  |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None |  |  |  |  |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-84132-TML
Frederick H Ellenberger                                               Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke              Page 1 of 2              Date Rcvd: Nov 12, 2013
                              Form ID: pdf006            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2013.
```
db          +Frederick H Ellenberger,    8633 Rote Road,    Rockford, IL 61107-5413
17833191    +Amcore Bank,    501 7th Street,    Rockford, IL 61104-1245
17833192    +American Express,    P.O. Box 6618,    Omaha, NE 68106-0618
18293136     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17833195     Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
18103391    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
17833196    #Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
17833198    +Chase Bank,    P.O. Box 15153,    Wilmington, DE 19886-5153
17833199    +CitiCards Drivers Edge,    PO Box 6500,    Sioux Falls, SD 57117-6500
17833200    +CitiDiamond Preferred Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
17833202     FFIFH ACM Opportunity,    PO Box 9016,    Williamsville, NY 14231-9016
17833203    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Customer Service - MD 1MOC2G-4050,
               38 Fountain Square Plaza,    Cincinnati, OH 45263)
18414830    +FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,     c o Jefferson Capital Systems LLC,    PO BOX 7999,
               SAINT CLOUD MN 56302-7999,    Orig By: US BANK
17833205    +FMS, Inc.,    4915 South Union Avenue,    Tulsa, OK 74107-7839
18090647    +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
17833204     First National Bank Omaha,    PO Box 2557,    Omaha, NE 68103-2557
17833206    +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
17833207    +Harris Bank,    501 Seventh Street,    Rockford, IL 61104-1299
17833208     I 90 Interstate Trust-South,    Scott Boyd, Trustee,    1 Court Place, #302,
               Rockford, IL 61101-1088
17833209     Integrity Financial Partners,    PO Box 11530,    Overland Park, KS 66207-4230
17833210    +Karol Ellenberger,    8633 Rote Road,    Rockford, IL 61107-5413
17833211    +Klein, Daday, Aretos et al.,    2550 W. Golf Road,    Suite 250,    Rolling Meadows, IL 60008-4014
17833212    +Mutual Mangement Services,    P.O. Box 4777,    Rockford, IL 61110-4777
17833213     National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
17833214    +Northland Group, Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
17833215     Northstar Location Services,    FIA Card Services NA,    4285 Genesee Street,
               Buffalo, NY 14225-1943
17833218    +Shindler Law Firm,    1990 E. Algonquin Road,    Suite 180,    Schaumburg, IL 60173-4164
17833219    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790084,    Saint Louis, MO 63179)
17833220     USAA Savings Bank,    PO Box 65020,    San Antonio, TX 78265-5020
17833221     Winnebago County Collector,    PO Box 1216,    Rockford, IL 61105-1216
17833222    +Winnebago County Trustee,    PO Box 1452,    Decatur, IL 62525-1452
17833223     Worlds Foremost Bank Cabelas Visa,    PO Box 82609,    Lincoln, NE 68501-2609
17833224    +Z Financial LLC,    100 Tanglewood Drive,    Freeport, IL 61032-6842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17833190    +E-mail/Text: pkasmar@reilly-lawoffices.com Nov 13 2013 02:36:57     Albert Hill & Joseph Klinck,
               c/o Attorney William Reilly,    6801 Spring Creek Rd, 2D,    Rockford, IL 61114-7420
18457962     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2013 02:44:12
               American InfoSource LP as agent for,    Asset Acceptance,
               as assignee of WORLDS FOREMOST BANK-CABE,    PO Box 248838,    Oklahoma City, OK  73124-8838
18457979     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2013 02:41:51
               American InfoSource LP as agent for,    Asset Acceptance,    as assignee of FIFTH THIRD BANK,
               PO Box 248838,    Oklahoma City, OK  73124-8838
17833193     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 13 2013 02:36:32     Asset Acceptance Corp.,
               PO Box 2036,    Warren, MI 48090-2036
17833194     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 13 2013 02:36:32     Asset Acceptance LLC,
               PO Box 2039,    Warren, MI 48090-2039
17833197    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 13 2013 02:37:50
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
17833201    +E-mail/Text: aquist@creditorsprotection.com Nov 13 2013 02:38:05
               Creditors Protection Service, Inc,    202 W State St Suite 300,    Rockford, IL 61101-1163
17833776    +E-mail/Text: pkasmar@reilly-lawoffices.com Nov 13 2013 02:36:57     Joe Klinck and Al Hill,
               c/o Reilly Law Offices,    6801 Spring Creek Rd 2D,    Rockford, IL 61114-7420
18430203    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2013 02:41:24
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
17833216    +E-mail/Text: mpapoccia@rvfcu.org Nov 13 2013 02:35:59     Rock Valley Credit Union,
               1201 Clifford Avenue,    Loves Park, IL 61111-7500
18091823    +E-mail/Text: bncmail@w-legal.com Nov 13 2013 02:36:56     USAA FEDERAL SAVINGS BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 11
```

```
District/off: 0752-3            User: jclarke                Page 2 of 2              Date Rcvd: Nov 12, 2013
                                Form ID: pdf006              Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17833217      ##+Salta Group, Inc.,    666 Vernon Avenue,    Glencoe, IL 60022-1619
18415520      ##+Zenith Acquisition Corp,    170 Northpointe Pkwy,    Suite 300,    Amherst, NY 14228-1992
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
              Bernard J Natale    on behalf of Debtor Frederick H Ellenberger natalelaw@bjnatalelaw.com
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              Carole J. Ryczek    on behalf of Accountant Patrick  Shaw carole.ryczek@usdoj.gov
              Jonathan N Rogers    on behalf of Creditor   Harris Bank, N.A. jrogers@skdaglaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Paul S. Godlewski    on behalf of Attorney Todd  Ellenberger psglegal@aol.com
              Paul S. Godlewski    on behalf of Defendant Todd  Ellenberger psglegal@aol.com
              Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,    IL47@ecfcbis.com
              William A Reilly, II   on behalf of Creditor Joe  Klinck wreilly@reilly-lawoffices.com,
               pkasmar@reilly-lawoffices.com
                                                                                             TOTAL: 11
```