**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ELLENBERGER, FREDERICK H    §  Case No. 11-84132
                                   §
                                   §
                                   §
Debtor(s)                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $392,029.00                Assets Exempt: $22,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,850.79    Claims Discharged
                                              Without Payment: $170,042.38

Total Expenses of Administration: $14,149.21

---

   3) Total gross receipts of $ 22,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $428,523.65 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,043.34 | 14,149.21 | 14,149.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 115,190.27 | 149,422.68 | 143,200.90 | 7,850.79 |
| **TOTAL DISBURSEMENTS** | $543,713.92 | $171,466.02 | $157,350.11 | $22,000.00 |

4) This case was originally filed under Chapter 7 on September 23, 2011. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2014          By: /s/STEPHEN G. BALSLEY
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1933 Pierce Arrow automobile-Transferred to Son | 1241-000 | 22,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Bank | 4110-000 | 130,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Trustee | 4110-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Z Financial LLC | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Salta Group, Inc. | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 71,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Credit Union | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Albert Hill & Joseph Klinck c/o Attorney William Reilly | 4110-000 | 58,723.65 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$428,523.65** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,950.00 | 2,950.00 | 2,950.00 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 0.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 16,374.25 | 8,187.12 | 8,187.12 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 189.00 | 189.00 | 189.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 702.50 | 702.50 | 702.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 387.20 | 387.20 | 387.20 |
| McGladrey LLP | 3310-000 | N/A | 988.00 | 988.00 | 988.00 |
| Rabobank, N.A. | 2600-000 | N/A | 23.20 | 23.20 | 23.20 |
| Rabobank, N.A. | 2600-000 | N/A | 34.76 | 34.76 | 34.76 |
| Rabobank, N.A. | 2600-000 | N/A | 31.56 | 31.56 | 31.56 |
| Rabobank, N.A. | 2600-000 | N/A | 30.46 | 30.46 | 30.46 |
| Illinois Department of Revenue | 2820-000 | N/A | 298.00 | 298.00 | 298.00 |
| Rabobank, N.A. | 2600-000 | N/A | 34.41 | 34.41 | 34.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$22,043.34** | **$14,149.21** | **$14,149.21** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | N/A | 481.50 | 481.50 | 26.41 |
| 2 | USAA FEDERAL SAVINGS BANK | 7100-000 | 4,830.00 | 4,830.78 | 4,830.78 | 264.84 |
| 3 | Albert Hill & Joseph Klinck | 7100-000 | N/A | 61,682.57 | 61,682.57 | 3,381.66 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 6,818.00 | 6,818.02 | 6,818.02 | 373.79 |
| 5 | American Express Bank, FSB | 7100-000 | 10,658.00 | 9,059.40 | 9,059.40 | 496.67 |
| 6 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | 7100-000 | 6,221.00 | 6,271.21 | 6,271.21 | 343.81 |
| 7 | Zenith Acquisition Corp | 7100-000 | N/A | 6,221.78 | 0.00 | 0.00 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 11,353.00 | 11,665.88 | 11,665.88 | 639.56 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 29,296.00 | 30,637.10 | 30,637.10 | 1,679.63 |
| 10 | American InfoSource LP as agent for | 7100-000 | 3,589.00 | 3,992.76 | 3,992.76 | 218.90 |
| 11 | American InfoSource LP as agent for | 7100-000 | 7,733.00 | 7,761.68 | 7,761.68 | 425.52 |
| NOTFILED | Chase Bank | 7100-000 | 578.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection Service, Inc | 7100-000 | 486.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | 578.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank Omaha | 7100-000 | 9,268.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance LLC | 7100-000 | 7,736.25 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank Omaha | 7100-000 | 2,870.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Mangement Services | 7100-000 | 1,182.00 | N/A | N/A | 0.00 |
| NOTFILED | Northstar Location Services FIA Card Services NA | 7100-000 | 6,818.02 | N/A | N/A | 0.00 |
| NOTFILED | I 90 Interstate Trust-South Scott Boyd, Trustee | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance Corp. | 7100-000 | 3,924.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services Limited Partnership | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 7100-000 | 1,171.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$115,190.27** | **$149,422.68** | **$143,200.90** | **$7,850.79** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-84132  
**Case Name:** ELLENBERGER, FREDERICK H  
**Period Ending:** 03/19/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/23/11 (f)  
**§341(a) Meeting Date:** 11/03/11  
**Claims Bar Date:** 02/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 8633 Rote Road, Rockford, per tax asse | 158,000.00 | 0.00 | | 0.00 | FA |
| 2 | 7963 Conehill Circle, Rockford, IL 61107 (vac 4 | 40,000.00 | 0.00 | | 0.00 | FA |
| 3 | 724 Clark Drive, Rockford, IL 61107 (vacant Join | 150,000.00 | 0.00 | | 0.00 | FA |
| 4 | 79 XX Brixham Road, Rockford, IL 61107 (4 acres | 6,004.00 | 6,004.00 | | 0.00 | FA |
| 5 | 207 Longwood Ave, Rockford, IL 61107 | 20,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2 parcels of vacant, non buildable wet land in, | 1,125.00 | 0.00 | | 0.00 | FA |
| 7 | Northwest Bank of Rockford - checking | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Comerica Bank - debit card for deposit of social | 1,100.00 | 0.00 | | 0.00 | FA |
| 9 | Rock Valley CU - share account | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Normal complement of household goods and furnish | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | Normal complement of clothing | 250.00 | 0.00 | | 0.00 | FA |
| 12 | Misc jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 13 | 2 pistols, 1 rifle | 400.00 | 0.00 | | 0.00 | FA |
| 14 | Northwestern Mutual Life Insurance Co. - whole l | 500.00 | 0.00 | | 0.00 | FA |
| 15 | 1987 Fiat (not running) | 300.00 | 0.00 | | 0.00 | FA |
| 16 | 1974 Sportcraft boat trailer (debtor has title b | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 1990 Midwest flatbed trailer | 400.00 | 0.00 | | 0.00 | FA |
| 18 | 1972 Porsche (in pieces) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 1987 BMW (not running) | 900.00 | 0.00 | | 0.00 | FA |
| 20 | 1982 Honda motorcycle (not running) | 500.00 | 0.00 | | 0.00 | FA |
| 21 | 1959 Ford Truck (not running) | 900.00 | 0.00 | | 0.00 | FA |
| 22 | 2002 Kawasaki ATV | 500.00 | 0.00 | | 0.00 | FA |
| 23 | 1988 Dodge Raider Utility SUV | 300.00 | 0.00 | | 0.00 | FA |
| 24 | 2003 Harley-Davidson Sportster | 2,500.00 | 0.00 | | 0.00 | FA |
| 25 | 1999 Sea Doo | 800.00 | 0.00 | | 0.00 | FA |
| 26 | 1997 Bayliner and trailer (not running) | 2,500.00 | 0.00 | | 0.00 | FA |
| 27 | 1970 14 foot boat and outboard motor | 300.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84132  
**Case Name:** ELLENBERGER, FREDERICK H

**Period Ending:** 03/19/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/23/11 (f)  
**§341(a) Meeting Date:** 11/03/11  
**Claims Bar Date:** 02/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Laptop | 200.00 | 0.00 | | 0.00 | FA |
| 29 | Utitled and incomplete vechicle parts | 1,000.00 | 0.00 | | 0.00 | FA |
| 30 | 3 old yard tractors with snow plow and mower | 1,000.00 | 0.00 | | 0.00 | FA |
| 31 | Misc homeowner small power and hand tools | 500.00 | 0.00 | | 0.00 | FA |
| 32 | 1933 Pierce Arrow automobile-Transferred to Son (u) See Order to Sell entered 5/29/13. | Unknown | 10,000.00 | | 22,000.00 | FA |
| 32 | **Assets** Totals (Excluding unknown values) | **$392,029.00** | **$16,004.00** | | **$22,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2012  **Current Projected Date Of Final Report (TFR):**  November 4, 2013  (Actual)

Printed: 03/19/2014 09:34 AM    V.13.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-84132  
**Case Name:** ELLENBERGER, FREDERICK H  
**Taxpayer ID #:** **-***6592  
**Period Ending:** 03/19/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/13 | {32} | Joseph and Susie Klinck | Settlement offer to purchase 1933 Pierce Arrow automobile pursuant to Order to Sell Assets entered May 29, 2013 | 1241-000 | 22,000.00 | | 22,000.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.20 | 21,976.80 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.76 | 21,942.04 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.56 | 21,910.48 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.46 | 21,880.02 |
| 10/10/13 | 101 | Illinois Department of Revenue | State taxes for tax year 9/1/12-8/31/13; 30-6376592 | 2820-000 | | 298.00 | 21,582.02 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.41 | 21,547.61 |
| 12/18/13 | 102 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 21,254.61 |
| 12/18/13 | 103 | McGladrey LLP | Dividend paid 100.00% on $988.00, Accountant for Trustee Fees (Trustee Firm);  Reference: | 3310-000 | | 988.00 | 20,266.61 |
| 12/18/13 | 104 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $8,187.12, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,187.12 | 12,079.49 |
| 12/18/13 | 105 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $387.20, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 387.20 | 11,692.29 |
| 12/18/13 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $189.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 189.00 | 11,503.29 |
| 12/18/13 | 107 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $702.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 702.50 | 10,800.79 |
| 12/18/13 | 108 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,950.00, Trustee Compensation;  Reference: | 2100-000 | | 2,950.00 | 7,850.79 |
| 12/18/13 | 109 | Fifth Third Bank | Dividend paid 5.48% on $481.50; Claim# 1; Filed: $481.50; Reference: | 7100-000 | | 26.41 | 7,824.38 |
| 12/18/13 | 110 | USAA FEDERAL SAVINGS BANK | Dividend paid 5.48% on $4,830.78; Claim# 2; Filed: $4,830.78; Reference: | 7100-000 | | 264.84 | 7,559.54 |
| 12/18/13 | 111 | Albert Hill & Joseph Klinck | Dividend paid 5.48% on $61,682.57; Claim# 3; Filed: $61,682.57; Reference: | 7100-000 | | 3,381.66 | 4,177.88 |
| 12/18/13 | 112 | FIA CARD SERVICES, N.A. | Dividend paid 5.48% on $6,818.02; Claim# 4; Filed: $6,818.02; Reference: | 7100-000 | | 373.79 | 3,804.09 |
| 12/18/13 | 113 | American Express Bank, FSB | Dividend paid 5.48% on $9,059.40; Claim# 5; Filed: $9,059.40; Reference: | 7100-000 | | 496.67 | 3,307.42 |

Subtotals :  $22,000.00   $18,692.58

{} Asset reference(s)

Printed: 03/19/2014 09:34 AM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-84132  
**Case Name:** ELLENBERGER, FREDERICK H  
**Taxpayer ID #:** **-***6592  
**Period Ending:** 03/19/14

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $736,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/13 | 114 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | Dividend paid  5.48% on $6,271.21; Claim# 6; Filed: $6,271.21; Reference: | 7100-000 | | 343.81 | 2,963.61 |
| 12/18/13 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid  5.48% on $11,665.88; Claim# 8; Filed: $11,665.88; Reference: | 7100-000 | | 639.56 | 2,324.05 |
| 12/18/13 | 116 | PYOD LLC its successors and assigns as assignee of | Dividend paid  5.48% on $30,637.10; Claim# 9; Filed: $30,637.10; Reference: | 7100-000 | | 1,679.63 | 644.42 |
| 12/18/13 | 117 | American InfoSource LP as agent for | Dividend paid  5.48% on $3,992.76; Claim# 10; Filed: $3,992.76; Reference: | 7100-000 | | 218.90 | 425.52 |
| 12/18/13 | 118 | American InfoSource LP as agent for | Dividend paid  5.48% on $7,761.68; Claim# 11; Filed: $7,761.68; Reference: | 7100-000 | | 425.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,000.00 | 22,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 22,000.00 | 22,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,000.00** | **$22,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4866** | 22,000.00 | 22,000.00 | 0.00 |
| | $22,000.00 | $22,000.00 | $0.00 |